IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Hodge, Xavier D | Case Number: 08 B 04974 |
|---|---|
| | Judge: Squires, John H |
| Printed: 5/6/08 | Filed: 3/3/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: April 30, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 2. | Harlem Furniture | Secured | 2,807.00 | 0.00 |
| 3. | HSBC Auto Finance | Secured | 14,000.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 37,089.02 | 0.00 |
| 5. | America's Servicing Co | Secured | 7,300.00 | 0.00 |
| 6. | Capital One | Unsecured | 65.50 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 119.15 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 259.82 | 0.00 |
| 9. | Chase | Unsecured | | No Claim Filed |
| 10. | Chase | Unsecured | | No Claim Filed |
| 11. | Alpine Acceptance Corp | Unsecured | | No Claim Filed |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 13. | Cingular Wireless | Unsecured | | No Claim Filed |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 17. | Sprint PCS | Unsecured | | No Claim Filed |
| 18. | HCHOP | Unsecured | | No Claim Filed |
| 19. | Sprint PCS | Unsecured | | No Claim Filed |
| 20. | USAA Savings Bank | Unsecured | | No Claim Filed |
| 21. | TCF Bank | Unsecured | | No Claim Filed |
| 22. | Cingular Wireless | Unsecured | | No Claim Filed |
| 23. | US Cellular | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 61,640.49 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Hodge, Xavier D

Printed:  5/6/08

Case Number:  08 B 04974
Judge:  Squires, John H
Filed:  3/3/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

